**Order entered November 26, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01656-CR

**SHENEQUA LICOLE BARBER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59385-U**

## ORDER

The Court **REINSTATES** the appeal.

On November 14, 2013, this Court ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel J. Daniel Oliphant; (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is his workload.

We note that appellant's brief was originally due May 2, 2013. On May 31, 2013, the Court granted appellant a thirty-day extension of time to file appellant's brief. The appeal was originally abated on August 22, 2013 for findings regarding appellant's brief and a second order for findings was issued on November 14, 2013 for findings regarding the brief. Accordingly, we

**DO NOT ADOPT** the finding that counsel requires an additional eighty days to file appellant's brief.

We **ORDER** appellant to file his brief by **JANUARY 6, 2014**.  No further extensions will be granted.  If appellant's  brief is not filed by the date specified, the Court will order J. Daniel Oliphant removed as counsel and will order the trial court to appoint a new attorney to represent appellant in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
           JUSTICE